**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                              Case Number: 08-10921

v.                                              JUDGE PAUL D. BORMAN
                                                     UNITED STATES DISTRICT COURT

BYRON MCGREGOR,

        Defendant.
_____ /

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the government's motion for summary judgment, filed June 19, 2008. The Court held a motion hearing on October 10, 2008. The government was represented at the hearing, but, despite having received notice of the hearing, Defendant did not appear.

This case involves four student loan guaranteed under Title IV-B of the Higher Education Act of 1965, 20 U.S.C. § 1071, *et seq*, and reinsured by the United States Department of Education, which were issued to Defendant between 1989 and 1991. The government established, through documentary evidence, that Defendant applied and obtained the student loans, defaulted on the student loans and that the government is the current owner of the promissory notes. Moreover, the government refuted, again with documentary evidence, the affirmative defenses Defendant asserted. Defendant did not present any evidence in opposition to the government's motion for summary judgment. Because Defendant has not set forth specific facts showing that there is a genuine issue of fact for trial, summary judgment is

1

appropriate.

Therefore, the Court **GRANTS** the government's motion for summary judgment.

SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 21, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 21, 2008.

s/Denise Goodine  
Case Manager